**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

In re
**Ladoria Shaw**
Debtor

Case No: 19-10524
Chapter 13

## AFFIDAVIT COVER SHEET

Date: February 21, 2019

/s/Joshua Farmer
Joshua Farmer, CA302846
Attorney for the Debtor
1101 SW C Ave
Lawton, OK 73501
580-248-2500
Fax: 580-581-1803
josh@taylaw.net

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:  
SHAW, LADORIA

CASE NO. 19-10524

CHAPTER 13

**DEBTOR**

## AFFIDAVIT

I, LaDoria Shaw, do hereby attest that the facts and information contained in the Motion for Continuation of Automatic Stay filed herein on February 21, 2019 are true, accurate, and correct to the best of my knowledge and belief.

_LaDoria Shaw_, Debtor

**STATE OF OKLAHOMA**
**COUNTY OF COMANCHE**

Signed and attested before me on this 21ST day of February, 2019.

NOTARY PUBLIC

MY COMMISSION EXPIRES: 10-29-19

MY COMMISSION NUMBER: 07010356