IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

**LADORIA SHAW,**

    DEBTOR.

Case No.: BK-19-10524
Chapter 13

**OBJECTION TO MOTION FOR CONTINUATION OF AUTOMATIC STAY**

Comes now the secured creditor, GEMINI CAPITAL MANAGERS, LLC, by their attorneys, Baer & Timberlake, P.C., and hereby objects to the Motion for Continuation of Automatic Stay filed by Debtor on February 21. 2019 (Doc 8). In support of this Objection, GEMINI CAPITAL MANAGERS, LLC would show the Court as follows:

1.   GEMINI CAPITAL MANAGERS, LLC is the holder of a note and mortgage on the residence, ("mortgaged property") of Debtor. As set forth in Proof of Claim No. 7 filed in the prior case of Debtor (18-12207), the note and mortgage had a total balance at that time of $152,376.50 plus accruing interest along with reasonable attorney fees and for all costs of the action. Debtor has valued the subject property at $200,000.00.

2.   The bankruptcy case now before the Court (19-10524) is the 2nd case filed in this district in the past year. The prior case, 18-12207 (Ch. 13), was filed May 25, 2018 and dismissed November 26, 2018, for non-feasibility. This is the eighth case filed by the debtor since October 2009 (09-16064 filed October 27, 2009 - dismissed February 24, 2010; 11-12433 filed May 5, 2011 - dismissed September 15, 2011; 12-10591 filed February 15, 2012 - dismissed on May 24, 2012; 13-13360 filed July 24, 2013 - dismissed October 9, 2013; 14-12957 filed July 16, 2014 - dismissed 2/23/2015; and 16-13791 filed September 21, 2016 - dismissed on July 11, 2017.)

WHEREFORE, PREMISES CONSIDERED, secured creditor, GEMINI CAPITAL MANAGERS, LLC, moves the Court to deny the Motion for Continuation of Automatic Stay filed

by Debtors and/or to grant adequate protection or such other and further relief as may be entitled.

GEMINI CAPITAL MANAGERS, LLC,

By: s/ Matthew J. Hudspeth
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com
Attorney for GEMINI CAPITAL MANAGERS, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the parties listed below on March 8, 2019.

Ladoria Shaw
17640 Lead Lane
Edmond, OK 73012

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

Joshua L. Farmer
Taylor C. Stein Attorney at Law PC
1101 SW C Ave
Lawton, OK 73501


      By:      <u>s/ Matthew J. Hudspeth</u>
            MATTHEW J. HUDSPETH - #14613
            JIM TIMBERLAKE - #14945
            Baer Timberlake, P.C.
            4200 Perimeter Center, Suite 100
            Oklahoma City, OK 73102
            Telephone: (405) 842-7722
            Fax: (918) 794-2768
            mhudspeth@baer-timberlake.com
            Attorney for GEMINI CAPITAL MANAGERS, LLC